■ In the Matter of BAY ISLE OIL COMPANY, INC., et al., Appellants, v BOARD OF ZONING APPEALS OF THE TOWN OF ISLIP, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of the Board of Zoning Appeals of the Town of Islip that petitioners had abandoned a certain gasoline station use, petitioners appeal from a judgment of the Supreme Court, Suffolk County (Orgera, J.), entered December 2, 1981, which dismissed the petition. Judgment affirmed, with $50 costs and disbursements. No opinion. Damiani, J. P., Gulotta and O'Connor, JJ., concur.

Lazer, J., concurs in the result, with the following memorandum: While I concur in affirmance, I believe it is necessary to express my view that our determination does not preclude an action to declare the zoning provision in issue here unconstitutional as applied.

■ In the Matter of CARLL S. BURR, JR., Petitioner, v BASIL A. PATERSON, as Secretary of State of the State of New York, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review so much of a determination of respondent Secretary of State, dated February 27, 1981, as, after a hearing, held that petitioner had demonstrated incompetency as a real estate broker and suspended his real estate broker's license for one month, or in lieu thereof, imposed a fine of $1,000. Determination confirmed, insofar as reviewed, and proceeding dismissed on the merits, with costs. The determination is supported by substantial evidence. Furthermore, under the facts and circumstances of the case, the penalty imposed was proper (see *Matter of Pell v Board of Educ.*, 34 NY2d 222, 233). Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.